**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-12186

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DANZAVIERAN DURAND THURMAN,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:21-cr-00103-TPB-KCD-1

————————————

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

James T. Skuthan, appointed counsel for Danzavieran Thurman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

2                          Opinion of the Court                    25-12186

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Thurman's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.